# WILMERHALE

**Alan E. Schoenfeld**

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

February 22, 2022

**BY ECF**

Hon. John G. Koeltl
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

> Re: *In Re: Kingdom of Belgium, Federal Public Service Finance Pension Plan Litigation*, No. 21 Civ. 06392 (lead case)

Dear Judge Koeltl:

I write on behalf of all defendants in the above-mentioned consolidated cases (other than FGC Securities LLC and Stephen Wheeler, who will move separately) to request a modification of the number of words allowed, as set forth in Your Honor's Individual Practices, for the parties' forthcoming memoranda of law in support of and in opposition to defendants' motion to dismiss. Counsel for plaintiff consents to this request.

Defendants (other than FGC and Wheeler) respectfully request permission to file a memorandum of law in support of their motion to dismiss that totals 15,000 words. Defendants also respectfully request that plaintiff be permitted to file a memorandum of law in opposition to defendants' motion to dismiss that totals 15,000 words, and that defendants be permitted to file a reply memorandum of law totaling 10,000 words. The parties require the additional words in order to fully address the claims set forth in plaintiff's seven amended complaints, and any arguments made in the parties' papers.

Respectfully submitted,


*/s/ Alan E. Schoenfeld*
Alan E. Schoenfeld