UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>KINGDOM OF BELGIUM,<br>FEDERAL PUBLIC SERVICE FINANCE<br>PENSION PLAN LITIGATION | Lead Case: No. 21 Civ. 6392 (JGK)<br>Member Cases:<br>　　No. 21 Civ. 6392 (JGK)<br>　　No. 21 Civ. 6399 (JGK)<br>　　No. 21 Civ. 6402 (JGK)<br>　　No. 21 Civ. 6404 (JGK)<br>　　No. 21 Civ. 6405 (JGK)<br>　　No. 21 Civ. 6407 (JGK)<br>　　No. 21 Civ. 6408 (JGK) |

**DEFENDANTS' NOTICE OF MOTION TO CERTIFY THE COURT'S JULY 5, 2023 ORDER FOR INTERLOCUTORY APPEAL AND TO STAY FURTHER PROCEEDINGS PENDING INTERLOCUTORY APPEAL**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and all other pleadings and proceedings had herein, Defendants will move this Court, before the Honorable John G. Koetl, for an Order under 28 U.S.C. § 1292(b) amending the Court's July 5, 2023 Order on Defendants' Motion to Dismiss in order to certify the July 5, 2023 Order for interlocutory appeal to the United States Court of Appeal for the Second Circuit based on the following question:

> Whether the district court lacks subject matter jurisdiction under the Revenue Rule to entertain claims from a foreign sovereign seeking to recover money paid out by the relevant foreign tax administrative agency as tax refunds upon receipt and approval of requests for tax refunds, where those requests were purportedly fraudulent.

Defendants further request that this Court stay all proceedings in this Court until the Second Circuit resolves this interlocutory appeal.

Dated: July 26, 2023                                 Respectfully submitted,

*/s/ Alan Schoenfeld*
Alan Schoenfeld
Wilmer Cutler Pickering
   Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel. (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com

*Attorney for Defendants Batavia Capital Pension Plan, Calypso Investments Pension Plan, Richard Markowitz, and RJM Capital Pension Plan*

*/s/ Sharon L. McCarthy*
Sharon L. McCarthy
Nicholas S. Bahnsen
Kostelanetz & Fink, LLP
7 World Trade Center, 34th Fl.
New York, NY 10007
Tel. (347) 613-0829
smccarthy@kflaw.com

*Attorneys for Defendants Azalea Pension Plan, Bernina Pension Plan Trust, John van Merkensteijn, Michelle Investments LLC Pension Plan, Remece Investments LLC Pension Plan, Tarvos Pension Plan, and Xiphias LLC Pension Plan*

*/s/ Timothy S. Martin*
Timothy S. Martin
Kaplan Hecker & Fink LLP
350 Fifth Avenue, 63rd Fl.
New York, NY 10118
Tel. (212) 763-0883
tmartin@kaplanhecker.com

*Attorney for Defendants Alden Investments Pension Plan, AOI Pension Plan, Carrick Holdings Pension Plan, Ganesha Industries Pension Plan, Jerome Lhôte, Matthew Stein,*

*Mazagran Pension Plan, and Pleasant Lake Productions Pension Plan*

/s/ Linda Imes
Linda Imes
Reed M. Keefe
Spears & Imes LLP
767 Third Avenue
New York, NY 10017
Tel. (212) 213-6659
Fax: (212) 213-0849
limes@spearsimes.com

*Attorneys for Defendants Alicia Colodner and Delvian LLC Pension Plan*

/s/ Edward M. Spiro
Edward M. Spiro
Richard D. Weinberg
Morvillo Abramowitz Grand
    Iason & Anello P.C.
565 Fifth Avenue
New York, NY 10017
Tel. (212) 856-9600
espiro@maglaw.com

*Attorneys for Defendants Adam LaRosa, Clove Pension Plan, Mill River Capital Management Pension Plan, and Traden Investments Pension Plan*

/s/ Michelle A. Rice
Michelle A. Rice
Kaplan Rice LLP
142 W. 57th Street, Suite 4A
New York, New York 10019
Telephone: (212) 235-0300
Fax: (212) 235-0301
mrice@kaplanrice.com

*Attorney for Defendants
Next Level Pension Plan Trust,
Spirit on the Water Pension Plan, Rajan Investment LLC Pension Plan, Laegeler Asset Management Pension Plan, DFL Investments*

3

*Pension Plan and Davin Investments Pension Plan*

*/s/ Robert H. Pees*
Robert H. Pees
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Tel. (212) 872-1000
Fax: (212) 872-1002
rpees@akingump.com

*Attorney for Defendants 2321 Capital Pension Plan, Bowline Management Pension Plan, Lion Advisory Inc. Pension Plan, and Luke McGee*

*/s/ Michael Lloyd Yaeger*
Michael Lloyd Yaeger
Natalie Ann Napierala
Carlton Fields P.A.
405 Lexington Avenue
Ste 36th Fl.
New York, NY 10174
Tel. (212) 785-2577
Fax: (212) 785-5203
myaeger@carltonfields.com

*Attorneys for FGC Securities LLC and Stephen Wheeler*

## CERTIFICATE OF SERVICE

      I certify that on July 26, 2023, I caused the attached Notice of Motion to Certify the Court's July 5, 2023 Order for Interlocutory Appeal and to Stay Further Proceedings Pending Interlocutory Appeal to be served via electronic mail on all counsel of record in the above-captioned cases.

Dated: July 26, 2023

Respectfully submitted,

*/s/ Alan Schoenfeld*
Alan Schoenfeld
Wilmer Cutler Pickering
   Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com