CLIFFORD CHANCE

CLIFFORD CHANCE US LLP

31 WEST 52ND STREET
NEW YORK, NY 10019-6131
TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

**By ECF**

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Direct Dial: +1 212 878 8205
E-mail: jeff.butler@cliffordchance.com

April 12, 2024

Re:   *Kingdom of Belgium, Federal Public Service Finance Pension Plan Litigation,*
      Lead Case:   No. 21 Civ. 6392 (JGK)
      Member Cases:   Nos. 21 Civ. 6392 (JGK), 21 Civ. 6399 (JGK), 21 Civ. 6402 (JGK),
                     21 Civ. 6404 (JGK), 21 Civ. 6405 (JGK), 21 Civ. 6407 (JGK),
                     21 Civ. 6408 (JGK)

Dear Judge Koeltl:

We write pursuant to Section 1.E of Your Honor's Individual Practices, and with the consent of certain of the parties, to request extensions of various deadlines set forth in the Rule 26(f) Report approved by the Court on August 7, 2023 (the "August 7 Order") and extended by the Court on January 4, 2024 (the "January 4 Order").

In the August 7 Order, the Court approved an initial expedited discovery schedule relating to the statute of limitations defense, which was then modified in the January 4 Order.  Under the modified schedule, the "Limited Rule 30(b)(6) Deposition of Plaintiff" has a deadline of April 15, 2024.  Due to various circumstances, the parties have been unable to schedule this deposition within the allotted time.

The parties, other than Batavia Capital Pension Plan, Calypso Investments Pension Plan, Richard Markowitz, and RJM Capital Pension Plan, have now agreed to the following revised schedule, which extends all remaining deadlines in the January 4 Order by 60 days:

| Description | Proposed Deadline |
|---|---|
| Limited Rule 30(b)(6) Deposition of Plaintiff (Statute of Limitations Issues Only) | June 15, 2024 |

**CLIFFORD CHANCE**          **CLIFFORD CHANCE US LLP**

| Description | Proposed Deadline |
|---|---|
| Limited Consolidated Summary Judgment Motion on Statute of Limitations Issues | July 15, 2024 |
| Completion of General Document Production (by Parties) | August 9, 2024 |
| Contention Interrogatories pursuant to Local Civil Rule 33.3 may be served | September 9, 2024 |
| Meet-and-confer on Topics for Expert Discovery | December 23, 2024 |
| Fact Discovery Cut-Off | January 24, 2025 |
| Expert Reports by Party with Burden | March 24, 2025 |
| Rebuttal Expert Reports | April 25, 2025 |
| Expert Discovery Cut-Off | June 17, 2025 |
| Dispositive Motions | July 15, 2025 |
| Pretrial Order | 45 days from date of decision on any dispositive motion (or July 27, 2025, if there is no such motion) |

The parties jointly request that the Court approve these modifications to the schedule. This is the second request for extensions of the deadlines in the August 7 Order.

Respectfully submitted,

*s/ Jeff E. Butler*

Jeff E. Butler