# KOSTELANETZ LLP

7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007

| WASHINGTON, DC OFFICE | | ATLANTA, GA OFFICE |
|---|---|---|
| 601 NEW JERSEY AVENUE, NW, SUITE 260 | TEL: (212) 808-8100 | 4279 ROSWELL ROAD, NE, SUITE 208, # 352 |
| WASHINGTON, DC 20001 | FAX: (212) 808-8108 | ATLANTA, GA 30342 |
| | www.kostelanetz.com | |
| TEL: (202) 875-8000 | | TEL: (404) 301-4791 |
| FAX: (202) 844-3500 | | FAX: (678) 680-7901 |

July 11, 2024

**BY ECF**

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
7/12/24

Hon. John G. Koeltl
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Kingdom of Belgium, Federal Public Service Finance Pension Plan Litigation*
      Lead Case: No. 21 Civ. 6392 (JGK)
      Member Cases: Nos. 21 Civ. 6392 (JGK), 21 Civ. 6399 (JGK), 21 Civ. 6402
                    (JGK), 21 Civ. 6404 (JGK), 21 Civ. 6405 (JGK), 21 Civ. 6407
                    (JGK), 21 Civ. 6408 (JGK)

Dear Judge Koeltl:

We write pursuant to Section 1.E of Your Honor's Individual Practices, and with the consent of the parties, to request extensions to certain deadlines set forth in the Rule 26(f) Report approved by the Court on August 7, 2023 (the "August 7 Order"), as modified by the Court on January 4, 2024 (the "January 4 Order"), and April 12, 2024 (the "April 12 Order").

Under the August 7 Order, as modified by the January 4 Order and April 12 Order, the Limited Consolidated Summary Judgment Motion on Statute of Limitations Issues has a deadline of July 15, 2024. Pursuant to Local Rule 6.1(b), any opposition would be due within 14 days after service of the Limited Consolidated Summary Judgment Motion on Statute of Limitations Issues, and any reply would be due within seven days after service of any opposition.

The parties have agreed to the following revised briefing schedule for the Limited Consolidated Summary Judgment Motion on Statute of Limitations Issues:

| Description | Proposed Deadline |
|---|---|
| Limited Consolidated Summary Judgment Motion on Statute of Limitations Issues | August 15, 2024 |
| Opposition | September 20, 2024 |
| Reply | October 11, 2024 |

       The parties jointly request that the Court approve these modifications to the schedule. This is the third request for extensions of the deadlines in the August 7 Order.

                                       Respectfully submitted,

                                       /s/ Sharon L. McCarthy

                                     Sharon L. McCarthy